UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN,<br><br>             Plaintiff,<br><br>    v.<br><br>M. ROSS,<br><br>             Defendant. | Case No. 1:21-cv-01096-JLT-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE PAUL EDWARD DURAN, CDCR # AT-6464<br><br>(Doc. No. 27) |

Plaintiff is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2024, the Court issued a Writ of Habeas Corpus Ad Testificandum to produce Plaintiff Paul Edward Duran CDCR # AT-6464 for a settlement conference on April 23, 2024 at 11:00 a.m. before Magistrate Judge Stanley A. Boone. (Doc. No. 27). On April 15, 2024, Judge Boone rescheduled the settlement conference to 1:00 p.m. on April 23, 2024. (*See* Doc. No. 28). Accordingly, the Court will discharge the Writ of Habeas Corpus Ad Testificandum and issue an amended writ for the rescheduled settlement conference.

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum directing the production of inmate Paul Edward Duran CDCR # AT-6464 issued on March 5, 2024 (Doc. No. 27) is **DISCHARGED**.
2. The Clerk of Court shall serve a courtesy copy of this Order on Plaintiff at his address of record.
3. The Clerk of Court shall serve a courtesy copy of this Order by e-mail on the Litigation Coordinator at Salinas Valley State Prison.

Dated: April 17, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies: Jan Nguyen, CRD

2