UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN,<br><br>        Plaintiff,<br><br>   v.<br><br>M. ROSS,<br><br>        Defendant. | Case No.  1:21-cv-01096-JLT-HBK (PC)<br><br>ORDER FINDING PLAINTIFF'S MOTION MOOT<br><br>(Doc. No. 36) |

Pending before the Court is Plaintiff's motion filed November 25, 2024.  (Doc. No. 36). Plaintiff states his scheduled deposition was not held, wishes "the record" to reflect that he did not impede the deposition, and requests defendant to reschedule it "if needed." (*Id*.).  On December 11, 2024, Defendant filed a response to the motion explaining why Plaintiff's scheduled deposition did not proceed, advising that the deposition has been rescheduled, and requesting the Court to find the motion moot. (Doc. No. 37).

Accordingly, it is ORDERED:

Plaintiff's motion (Doc. No. 36) is denied as MOOT.

Dated:   December 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE